IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 20-03037-02-CR-S-MDH |
| TARA MAE NEW, | ) ) ) | |
| Defendant. | ) ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Superseding Information filed on April 12, 2022, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

       *s/Douglas Harpool*
       **DOUGLAS HARPOOL**
       **UNITED STATES DISTRICT JUDGE**

Date: April 27, 2022